DANIEL G. BOGDEN
United States Attorney
KATHLEEN BLISS
NICHOLAS D. DICKINSON
Assistant United States Attorneys
KEVIN ROSENBERG
Trial Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6418 (Fax)

Attorneys for Plaintiff.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESSIE JAMES COOPER, ) <br> ) <br> Defendant. ) | 2:02-CR-00220-LDG(PAL) <br> 2:02-CR-00221-LDG(PAL) <br><br> REQUEST TO RELEASE PRESENTENCING INVESTIGATION REPORT TO COURT FOR IN CAMERA REVIEW |

The United States of America respectfully requests the Court enter an order allowing the government to submit the Presentencing Investigation Report to the Honorable Chief United States District Judge Robert C. Jones for in camera review and possible disclosure under *Brady v. Maryland*, 373 U.S. 83 (1963), and Fed. R. Crim. P. 16, in United States v. Tillman, et al., 2:08-cr-00283-RCJ(RJJ).

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


 /s/   Katheen Bliss
KATHLEEN BLISS
Assistant United States Attorney

1

NICHOLAS D. DICKINSON
Assistant United States Attorney

KEVIN ROSENBERG
Trial Attorney

IT IS SO ORDERED:

DATED this ___1___ day of August, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge